NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

---

2026-1432

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00441.

---

Before MAYER, *Circuit Judge*.

**O R D E R**

Upon consideration of Comcast Cable Communications, LLC's notice of non-participation in this appeal from the Patent Trial and Appeal Board, ECF No. 2,

IT IS ORDERED THAT:

(1) The official caption and short caption are revised as reflected in this order to reflect Comcast's non-participation.

(2) The United States Patent and Trademark Office ("PTO") is directed to inform this court within 30 days of the date of entry of this order whether the PTO intends to intervene in this appeal.

2                             IN RE ENTROPIC COMMUNICATIONS, LLC

    (3)  If the PTO elects to participate as intervenor, its response brief shall be due no later than 40 days from the date of service of the opening brief.

    (4)  If the PTO elects not to participate, appellant shall file its appendix no later than 7 days following the filing of its opening brief or 7 days following the PTO's filing of its notice of non-participation, whichever is later, and the appeal shall be deemed ready to be assigned to a merits panel.

FOR THE COURT

February 23, 2026
      Date

Jarrett B. Perlow
Clerk of Court

cc:  United States Patent and Trademark Office