FORM 26. Docketing Statement

Form 26
December 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### DOCKETING STATEMENT

**Case Number:** 26-1432

**Short Case Caption:** In re: Entropic Communications, LLC

**Filing Party** Entropic Communications, LLC

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

(See Attachment)

Relief awarded below (if damages, specify):   ☐ None/Not Applicable

The Patent Trial and Appeal Board determined that claims 1 to 18 of U.S. Patent No. 8,792,008 are unpatentable.

Briefly describe the judgment/order appealed from:

Final Written Decision determining claims 1 to 18 of U.S. Patent No. 8,792,008 are unpatentable. Order Denying Patent Owner's Request for Director Review of the Final Written Decision.

| Nature of Judgment (select one:) | Date of Judgment: 12/19/2025 |
|---|---|

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Date: 2/26/2026

Signature: /s/ Jason A. Engel

Name: Jason A. Engel

## Attachment to Docketing Statement

| | |
|---|---|
| **Case Number:** | 26-1432 |
| **Short Case Caption:** | In re: Entropic Communications, LLC |
| **Filing Party/Entity:** | Entropic Communications, LLC |

Issues to be raised on appeal:

(1)    Whether the Patent Trial and Appeal Board (the "Board") erred in determining that claims 1 to 18 of U.S. Patent No. 8,792,008 are unpatentable and the Director's refusal to overturn such determination;

(2)    whether the Board abused its discretion and violated the Administrative Procedure Act and America Invents Act by its Final Written Decision, including for the reasons set forth in Patent Owner's Request for Director Review (Paper 32);

(3)    the Board's improper reliance on new evidence and arguments in the Final Written Decision;

(4)    the Board's determination that claims 5 and 13 of U.S. Patent No. 8,792,008 are unpatentable in light of the Board's Final Written Decision in parallel case IPR2024-00442, entered on August 15, 2025 (Paper 30); and

(5)    whether the Board erred by improperly relying on new combinations, arguments, and articulations of the Grounds in the Final Written Decision first raised by Petitioner after institution.