

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

March 23, 2026

## NOTICE OF REVISED CAPTION

Re: Entropic Communications, LLC v. Squires, Appeal No. 2026-1432

The court's official caption has been revised to reflect the Director of the United States Patent and Trademark Office as the Intervenor.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

Sincerely,

Jarrett B. Perlow
Clerk of Court

By: M. Ames, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

**ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

**v.**

**JOHN A. SQUIRES, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

## Short Caption

Entropic Communications, LLC v. Squires