2026-1432

United States Court of Appeals
for the Federal Circuit

**ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

v.

**JOHN A. SQUIRES,**
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office,
*Intervenor*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2024-00441.

# DIRECTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING THE DIRECTOR'S BRIEF

Pursuant to Fed. Cir. R. 26, the Director of the United States Patent and Trademark Office requests that the time for filing their brief, currently due on July 27, 2026, be extended twenty-one (21) days to August 17, 2026. This is the first extension of time requested by the Director.

The Director requests additional time to prepare their brief due to the heavy workload of the Solicitor's, competing deadlines in other litigation matters in which the undersigned Associate Solicitor is involved, and the need to ensure the brief is properly reviewed before filing.

Counsel for Appellant has stated that the Appellant does not oppose the motion. Thus, the Director respectfully requests that this extension be granted.

This motion is accompanied by a declaration pursuant to Fed. Cir. R 26(b)(3).

July 13, 2026

Respectfully submitted,

*/s/ Peter J. Sawert*
NICHOLAS T. MATICH
*Solicitor*

AUSTIN P. MAYRON
*Deputy Solicitor*

ROBERT J. MCMANUS
*Senior IP Legal Counsel*

PETER J. SAWERT
OMAR F. AMIN
*Associate Solicitors*

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313
(571) 272-9035

*Attorneys for the Director of the United States Patent and Trademark Office*

2026-1432

United States Court of Appeals
for the Federal Circuit

**ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

v.

**JOHN A. SQUIRES,**
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office,
*Intervenor*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2024-00441.

**DECLARATION IN SUPPORT OF DIRECTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING THE DIRECTOR'S BRIEF**

I, Peter J. Sawert, hereby declare:

1. I am the primary attorney assigned to this case.

2. I submit this Declaration in accordance with Federal Circuit Rule 26(b)(3) and in support of the Director's motion for a 21-day extension of time, until August 17, 2026, for filing the Director's brief.

3. I believe good cause exists for the extension. Due to the heavy workload of the Solicitor's Office, competing deadlines in other litigation matters in which the undersigned Associate Solicitor is involved, and the need to ensure the brief is properly reviewed before filing.

4. Counsel for Appellant has stated that they do not oppose the Director's motion to seek a 21-day extension of time.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

Executed on July 13, 2026

*/s/ Peter J. Sawert*
Peter J. Sawert
Associate Solicitor

## RULE 32(g) CERTIFICATE OF COMPLIANCE

I certify pursuant to Fed. R. App. P. 32(g) that the foregoing **Director's Unopposed Motion for Extension of Time for Filing the Director's Brief** complies with the type-volume limitation required by the Court's rule. The total number of words in the foregoing motion is 129 words as calculated using the Word® software program.

*/s/ Peter J. Sawert*
Peter J. Sawert
Associate Solicitor
U.S. Patent & Trademark Office